```
                                              FILED IN THE
                                           U.S. DISTRICT COURT
                                      EASTERN DISTRICT OF WASHINGTON

                                              NOV 06 2019

                                           SEAN F. McAVOY, CLERK
                                     _____DEPUTY
                                           SPOKANE, WASHINGTON
```

# PENALTY SLIP

**DEFENDANT NAME: NICHOLAS SEAN CARTER**
**TOTAL NO. COUNTS: 3**

**VIO:** 21 U.S.C. § 841(a)(1), (b)(1)(B)(viii)
Possession with the Intent to Distribute 5 Grams or More of Actual (Pure) Methamphetamine (Count 3)

**PENALTY:** CAG not less than 5 years nor more than 40 years; and/or $5,000,000 fine;
not less than 4 years nor more than life supervised release;
a $100 special penalty assessment;
denial of certain federal benefits pursuant to 21 U.S.C. §§ 862 and 862a

**VIO:** 18 U.S.C. § 924(c)(1)(A)
Possession of a Firearm in Furtherance of Drug Trafficking (Count 4)

**PENALTY:** CAG not less than 5 years to life to run consecutive to any other CAG imposed;
and/or $250,000 fine;
not more than 3 years supervised release;
a $100 special penalty assessment

**VIO:** 18 U.S.C. §§ 922(g)(1), 924(a)(2)
Felon in Possession of Firearm and Ammunition (Count 5)

**PENALTY:** CAG not more than 10 years;
and/or $250,000 fine;
not more than 3 years supervised release;
a $100 special penalty assessment

**NOTICE OF CRIMINAL FORFEITURE ALLEGATIONS**

CASE NO. 4:19-CR-6063-SMJ-2 _____

AUSA INITIAL_____ SAV _____