# United States District Court, Eastern District of Washington
## Magistrate Judge John T. Rodgers
### Yakima

**USA v. NICHOLAS SEAN CARTER**     Case No.   2:19-CR-0183-SMJ-1
                                               4:19-CR-6063-SMJ-2

Spokane Video Conference (JTR @ Yakima; Counsel and Defendant @ Spokane)
The Defendant agreed to appear via video conference.

## Arraignment/Initial Appearance on Indictment:     11/08/2019

| | | | |
|---|---|---|---|
| ☒ | Courtney Piazza, Courtroom Deputy [S] | ☒ | Caitlyn Baunsgard, US Atty |
| ☒ | Pam Howard, Courtroom Deputy [Y] | ☒ | Colin Prince, Defense Atty |
| ☒ | Stephanie Cherney, US Probation / Pretrial Services Officer | ☒ | Interpreter **NOT REQUIRED** |
| ☒ | Defendant present ☒ in custody USM | | |

| | | | |
|---|---|---|---|
| ☒ | USA Motion for Detention in each cause | ☒ | Rights given |
| ☐ | USA not seeking detention | ☒ | Acknowledgment of Rights filed |
| ☒ | Financial Affidavit (CJA 23) filed in each cause | ☒ | Defendant received copy of Indictment in each cause |
| ☒ | The Court will appoint the Federal Defenders in each cause | ☒ | Defendant waived reading of Indictment in each cause |
| ☐ | Based upon conflict with Federal Defenders, the Court will appoint a CJA Panel Attorney | ☐ | Charging document read in open court |
| ☐ | PRE-Trial Services Report ordered | ☐ | POST Pre-Trial Services Report ordered |
| | | ☐ | AO199c Advice of Penalties & Sanctions filed |

## REMARKS

Defendant appeared with counsel and was advised of his rights and the allegations contained in the Indictment in each cause.

The Defendant acknowledged to the Court that his true and correct name is: NICHOLAS SEAN CARTER. Defendant consents to video hearing.

"Not guilty" plea entered.

Based on information contained in the Financial Affidavit, the Court appointed the Federal Defenders to represent Defendant in each cause.

Government has filed a motion for detention in each cause.

Defendant waived a detention hearing at this time but reserved the right to revisit issue of detention should circumstances change.

**The Court ordered:**
1. Motions for detention **granted in each cause**.
2. Defendant shall be detained by the U. S. Marshal until further order of the Court.

Digital Recording/S-740     Time: 12: 30 p.m. – 12: 43 p.m.     Page 1

*Waived by Defendant;*
**USA's Motion for Detention is** *granted.*
*Subject to right to return before the Court should circumstances change.*