FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Nov 08, 2019

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>NICHOLAS SEAN CARTER,<br><br>Defendant. | No. 4:19-CR-06063-SMJ-2<br><br>ORDER FOLLOWING INITIAL APPEARANCE AND ARRAIGNMENT<br><br>**MOTION GRANTED**<br>**(ECF No. 20)** |
|---|---|

At Defendant's November 8, 2019, initial appearance and arraignment based on an Indictment, Defendant appeared, in custody, with Assistant Federal Defender Colin Prince.  Assistant U.S. Attorney Caitlin Baunsgard represented the United States.  The proceedings were held by real-time video connection, with Judge Rodgers in Yakima and the parties in Spokane.  Defendant consented to holding the proceedings by video.

Defendant was advised of, and acknowledged, his rights.  On his plea of not-guilty, Defendant is bound over to the United States District Court for trial.

Defendant, personally and through counsel, waived the right to a detention hearing.  Accordingly, **IT IS ORDERED** the United States' Motion for detention, **ECF No. 20**, is **GRANTED**.  Defendant shall be held in detention pending disposition of this case or until further order of the court.  Defendant is committed to the custody of the U.S. Marshal for confinement separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal.  Defendant shall be afforded reasonable opportunity for private consultation with counsel.

ORDER - 1

If a party desires this Court to reconsider conditions of release because of material and newly discovered circumstances pursuant to 18 U.S.C. § 3142(f), that party shall file a two-page motion for reconsideration succinctly stating what circumstances are new, how they are established, and the requested change in conditions of release.  The motion shall indicate whether opposing counsel or Pretrial Services object, whether a hearing is desired, and whether a supplemental pretrial report is requested.  This Court will treat the motion as expedited and submitted without argument and will set a hearing or issue other orders as may be appropriate.

**IT IS SO ORDERED.**

DATED November 8, 2019.



_____
JOHN T. RODGERS
UNITED STATES MAGISTRATE JUDGE

ORDER - 2