AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Nov 08, 2019

SEAN F. McAVOY, CLERK

United States of America
v.

NICHOLAS SEAN CARTER

Case No.   4:19-CR-6063-SMJ-2

Defendant

## ARREST WARRANT

To:   Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*   NICHOLAS SEAN CARTER,

who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment    ☐ Superseding Indictment    ☐ Information    ☐ Superseding Information    ☐ Complaint
☐ Probation Violation Petition    ☐ Supervised Release Violation Petition    ☐ Violation Notice    ☐ Order of the Court

This offense is briefly described as follows:

21 USC 841(a)(1),(b)(1)(B)(viii) POSSESSION WITH INTENT TO DISTRIBUTE 5 GRAMS OR MORE OF ACTUAL (PURE) METHAMPHETAMINE
18 USC 924(c)(1)(A) POSSESSION OF A FIREARM IN FURTHERANCE OF DRUG TRAFFICKING
18 USC 922(g)(1), 924(a)(2) FELON IN POSSESSION OF A FIREARM AND AMMUNITION

Date: Nov 06, 2019, 8:57 am

*Issuing officer's signature*

City and state:   Spokane, Washington

Sean F. McAvoy, Clerk of Court/DCE
*Printed name and title*

### Return

This warrant was received on *(date)* 11/6/19, and the person was arrested on *(date)* 11/7/19
at *(city and state)* Dixie, WA

Date: 11/7/19

Arrested within the E/WA
By: USMS
(Agency) *Arresting officer's signature*
Executed On: 11/7/19
Sign: Reagan L. Havey, USMS
*Printed name and title*