NICHOLAS MARCHI
Carney & Marchi, P.S.
7502 West Deschutes Place
Kennewick WA 99336
(509) 545-1055
Attorneys for Defendant

UNITED STATES DISTRICT COURT
IN AND FOR THE EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>NICHOLAS SEAN CARTER,<br><br>Defendant | Case No.4:19-cr-06063-SMJ-2<br><br>NOTICE OF WITHDRAWAL AND SUBSTITUTION OF ATTORNEY FOR DEFENDANT |

TO: Clerk of the Court

TO: S. Van Marter, AUSA

PLEASE TAKE NOTICE that Amy Rubin, Federal Public Defender, herby withdraws as attorney for the defendant immediately and NICHOLAS MARCHI hereby substitutes as attorney for the defendant any future communication exclusive of original process, should be delivered to:

Nicholas Marchi
CARNEY & MARCHI, P.S.
7502 West Deschutes Place
Kennewick, WA  99336
(509)545-1055

DATED this 25th day of November 2019.

*S/ Amy Rubin.*           *s/Nicholas Marchi*
Amy Rubin                Nicholas Marchi
Withdrawing Attorney     Substituting Attorney

**CERTIFICATE OF SERVICE**

I certify that a copy of the Notice of Substitution was e-mailed via ECF on 11/25/2019 to S. Van Marter, Assistant United States Attorney, P.O. Box 1494, Spokane, WA  9910.

      *S/ Nicholas Marchi*
      CARNEY & MARCHI, P.S.
      Attorneys for Defendant

NOTICE OF SUBSTITUTION OF ATTORNEY    2