Adam R. Pechtel / WSBA #43743
Pechtel Law PLLC
21 N Cascade St
Kennewick, WA 99336
Telephone: (509) 586-3091

Attorney for Defendant

United States District Court
Eastern District of Washington
Before the Hon. Salvador Mendoza, Jr.

| United States of America, | No. 4:19-CR-06063-SMJ |
|---|---|
| Plaintiff, | |
| v. | Defendant's Motion to Extend Pretrial Motions Deadline |
| Monica Pesina, | |
| Defendant. | December 11, 2019 at 6:00 PM Without oral argument |

Defendant Pesina, through her attorney of record, moves the Court for an order extending the pretrial motions deadline from November 29, 2019 to Friday, December 6, 2019. Defendant Pesina's counsel contacted opposing counsel by email on November 27, 2019 for her position on this motion, but has not received a reply.

Motion to Extend Motions Deadline - 1

"When an act must or may be done within a specified period, the court…for good cause may [extend the time] on a party's motion made before the originally prescribed or previously extended time expires[.]" Fed R. Crim. P. 45(b)(1). In the instant case, "[a]ll pretrial motions, including … motions in limine [must be] filed with the Court" on or before November 29, 2019. ECF No. 41. Since this motion is filed before time has expired, Defendant Pesina only needs to establish good cause to extend the deadline.

Defendant Pesina was arraigned on November 8, 2019. ECF No. 34. Local Criminal Rule 16 requires the Government to provide discovery to Defendant Pesina within fourteen days of arraignment. LCrR 16(a). Fourteen days after arraignment, Defendant Pesina had still not received discovery. Defendant Pesina's counsel emailed opposing counsel requesting a status update on the discovery disclosures. After not receiving a response to the first email, Defendant Pesina's counsel sent a second email on November 27, 2019 requesting a status update. Opposing counsel indicated she believed discovery had already been disclosed on November 22, 2019. After correcting this mistaken belief, the government produced 340 pages of discovery and at least seven

videos. Defendant Pesina's counsel anticipates filing a motion to suppress evidence based on an unconstitutional seizure and requires additional time to review the discovery that was just produced and to draft the necessary pleadings. Defendant Pesina's counsel may also identify additional pretrial motions after reviewing the discovery. Defendant Pesina's counsel has a previously arranged out-of-town trip for the Thanksgiving holiday from November 28, 2019 to December 1, 2019. In light of these circumstances, sufficient good cause exists to enlarge time to file pretrial motions.

For the foregoing reasons, Defendant Pesina respectfully requests the Court extend the pretrial motions deadline.

Dated: November 27, 2019    Respectfully Submitted,

s/Adam R. Pechtel
Adam R. Pechtel/ WSBA #43743
Attorney for Defendant
Pechtel Law PLLC
21 N Cascade St
Kennewick, WA 99336
Telephone: (509) 586-3091
Email: adam@pechtellaw.com

Motion to Extend Motions Deadline - 3

SERVICE CERTIFICATE

I certify that November 27, 2019, I electronically filed the foregoing with the District Court Clerk using the CM/ECF System, which will send notification of such filing to the following:

Stephanie Van Marter, Attorney for Plaintiff

s/Adam R. Pechtel
Adam R. Pechtel/ WSBA #43743
Attorney for Defendant
Pechtel Law PLLC
21 N Cascade St
Kennewick, WA 99336
Telephone: (509) 586-3091
Email: adam@pechtellaw.com
