NICHOLAS MARCHI
Carney & Marchi, P.S.
7502 West Deschutes Place
Kennewick WA 99336
(509) 545-1055
Attorneys for Defendant

UNITED STATES DISTRICT COURT
IN AND FOR THE EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>NICHOLAS SEAN CARTER,<br><br>　　　　Defendant | No. 4:19-CR-6063-SMJ-2<br><br>MOTION TO CONTINUE TRIAL DATE AND PRE-TRIAL CONFERENCE AND RESET DEADLINES<br><br>Note: December 13, 2019<br>Without Argument<br>Judge Mendoza at Yakima |

　　COMES now the Defendant, by and through his attorneys and requests this Court grant the defendant's Motion to Continue Pre-Trial Date and Trial Date and re-set deadlines. This matter currently is scheduled for trial on January 13, 2020. The defendant would request a trial date set at least 60 days, to March 16, 2020 to allow his counsel to review recently received discovery and interview witnesses and prepare for trial.

　　Mr. Carter is aware of this request and will submit a signed Speedy Trial Waiver with this motion.[1] The government does not oppose this request. Co-defendant's counsel has stated no opposition to this request.

ARGUMENT

---

[1] Mr. Carter inadvertently signed a waiver which is used by Judge Rice. Counsel is in the process of getting a Statement of Reasons signed. However, as the defendant is in Spokane, the statement of reasons will be filed by December 13, 2019.

MOTION TO CONTINUE PRE-TRIAL DATE, TRIAL DATE  - 1
AND PRE-TRIAL MOTIONS DEADLINE`

The Supreme Court has stated that "broad discretion must be granted trial courts on matters of continuances." *Morris v. Slappy*, 461 U.S. 1, 11 (1983). When the defendant's sixth amendment right to counsel is implicated a court must balance several factors to determine if the denial [of a continuance] was "fair and reasonable." Among the factors are: whether the continuance would inconvenience witnesses, the court, counsel, or the parties; whether other continuances have been granted; whether legitimate reasons exist for the delay; whether the delay is the defendant's fault; and whether a denial would prejudice the defendant. *United States v. Studley*, 783 F.2d 934, 938 (9th Cir. 1986) (quoting *United States v. Leavitt*, 608 F.2d 1290, 1293 (9th Cir. 1979) (per curiam))

Counsel for Mr. Carter has a pre-planned vacation out of the country starting on December 13, 2019 to December 23, 2019. Additional time is also necessary to complete counsel's investigation in this matter and further review the discovery with Mr. Carter. A denial of this request to continue would severely prejudice the defendant and counsel cannot be present on the pre-trial date of December 19, 2019 and counsel would not be prepared for trial on January 13, 2020. Clearly a continuance is warranted, and the granting of the request would be proper.

## CONCLUSION

For the reasons stated herein, it is respectfully request that the defendant's Motion to Continue the Trial Date and Pre-Trial be continued. It is further requested that the Pre-Trial Motions Deadline be re-set.

Dated this 5th day of December 2019.

                *s/ Nicholas Marchi*
                NICHOLAS MARCHI
                Carney & Marchi, P.S.
                Attorneys for Defendant

## CERTIFICATE OF SERVICE

I certify that a copy of the Motion to Continue PTC and Trial Date was e-mailed via ECF /mailed first class, postage prepaid on 12/6/2019, to S. Van Marter, Assistant United States Attorney, 402 E. Yakima, Ave., Suite 210, Yakima, WA 98901 or P.O. Box 1494 Spokane, WA 99210 and to A. Pechtel, attorney for Co-defendant, Mr. Pacheco-Robles.

s/*Nicholas Marchi*
CARNEY & MARCHI, P.S.
Attorneys for Defendant