NICHOLAS MARCHI
Carney & Marchi, P.S.
7502 West Deschutes Place
Kennewick, WA 99336
(509) 545-1055
Attorneys for Defendant

UNITED STATES DISTRICT COURT
IN AND FOR THE EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>NICHOLAS SEAN CARTER,<br><br>　　　　Defendant | Case No. 4:19-CR-6063-SMJ-2<br><br>NOTICE OF UNAVAILABILITY |

TO:    Clerk of the Court; and
TO:    S. Van Marter, AUSA,

PLEASE TAKE NOTICE that CARNEY & MARCHI and Nicholas Marchi, counsel for NICHOLAS SEAN CARTER, counsel will be out of the office and out of the country and unavailable from December 13, 2019 to December 23, 2019. Counsel requests that no hearings or other matters be set during the dates of unavailability

　　　　Dated this 11th day of December 2019.

　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　/S *Nicholas Marchi*
　　　　　　　　　　　　　　　　Nicholas Marchi, WSBA 19982
　　　　　　　　　　　　　　　　nmarchi@carmarlaw.com
　　　　　　　　　　　　　　　**CARNEY & MARCHI**
　　　　　　　　　　　　　　　7502 West Deschutes Place
　　　　　　　　　　　　　　　Kennewick, WA 99336
　　　　　　　　　　　　　　　(509) 545-1055
　　　　　　　　　　　　　　　Attorneys for Defendant

NOTICE OF UNAVAILABILITY - 1

## CERTIFICATE OF SERVICE

    I certify that a copy of the Notice of Unavailability was e-mailed via ECF to and/or mailed first class, postage prepaid on 12/11/2019, to S. Van Marter, Assistant United States Attorney, 402 E. Yakima Ave, Suite 210, Yakima, WA  98901.

    s/ *Nicholas Marchi*
    CARNEY & MARCHI, P.S.
    Attorneys for Defendant

NOTICE OF UNAVAILABILITY - 2