NICHOLAS MARCHI
Carney & Marchi, P.S.
7502 West Deschutes Place
Kennewick WA 99336
(509) 545-1055
Attorneys for Defendant

UNITED STATES DISTRICT COURT
IN AND FOR THE EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>NICHOLAS SEAN CARTER,<br><br>Defendant | Case No. 4:19-CR-06063-SMJ-1<br>            4:19-CR-06063-SMJ-2<br><br>MOTION FOR EXTENSION OF TIME TO FILE PRETRIAL MOTIONS<br><br>Note: January 6, 2020<br>Without Argument<br><br>Judge Mendoza at Richland |

MOTION

COMES NOW the defendant, by and through his attorneys, and moves this Court for an order extending the pretrial motions deadline. This motion is based on the attached declaration of Nicholas Marchi and the files herein.

DATED this 3rd day of January 2020.

                                                      Respectfully Submitted,

                                                      *s/ Nicholas Marchi*
                                                      Nicholas Marchi, WSBA 19982
                                                      Attorneys for Defendant

## DECLARATION OF NICHOLAS MARCHI

I, NICHOLAS MARCHI, do hereby declare the following to be true and correct under penalty of perjury pursuant to the laws of the state of Washington.

1. I am the Attorney for the defendant, Nicolas Sean Carter. I make this declaration in support of the defendant's Motion to Extend the Pretrial Motion Deadline.
2. My investigation in this matter continues. The pretrial in this matter is set for February 6, 2020. I have been out of the country in December and I have not had time to complete my investigation and the research for my motions. I would request that the pre-trial motion deadline which is January 6, 2020 be extended to January 13, 2020.
3. I have discussed this request with AUSA Van Marter and she does not oppose the request. I have discussed this with the co defendant's attorney, Mr. Pechtel and he does not oppose this request.
4. Everything herein is true and correct.

Dated this 3rd day of January 2020.

                    s/ *Nicholas Marchi*
                    NICHOLAS MARCHI
                    Attorney for Defendant

**CERTIFICATE OF SERVICE**

I certify that a copy of the Motion to Extend Pretrial Motions Deadline was e-mailed via ECF on 1/3/2020, to S. Van Marter, Assistant United States Attorney, 210 E. Yakima Ave., Suite 210, Yakima, WA 98901, and to A. Pechtel attorney for Co-defendant Pessina, Kennewick, Washington.

*s/ Nicholas Marchi*
CARNEY & MARCHI, P.S.
Attorneys for Defendant