William D. Hyslop
United States Attorney
Eastern District of Washington
Stephanie Van Marter
Assistant United States Attorney
Post Office Box 1494
Spokane, WA 99210-1494
Telephone: (509) 353-2767

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>MONICA PESINA,<br>NICHOLAS SEAN CARTER<br><br>Defendants. | Case No.: 4:19-CR-06063-SMJ<br>Case No.: 2:19-CR-00183-SMJ<br><br>Motion For Extension Of Time To File Response to Defendant's Motion and Memorandum Re: Suppression of Evidence, Motion and Memorandum to Suppress Statements and Evidence (ECF No. 70 and 71) |

Plaintiff, United States of America, by and through William D. Hyslop, United States Attorney for the Eastern District of Washington, and Stephanie Van Marter, Assistant United States Attorney for the Eastern District of Washington, submits the following Motion For Extension Of Time To File Response to Defendant's Motions.

Motion For Extension Of Time To File Response to Defendant's Motion and Memorandum Re: Suppression of Evidence, Motion and Memorandum to Suppress Statements and Evidence – 1

On Saturday, January 11, 2020, counsel for Defendant, NICHOLAS SEAN CARTER, filed A Motion and Memorandum Re: Suppression of Evidence (ECF No. 70) and a Motion and Memorandum to Suppress Statements and Evidence (ECF No. 71) in cause number 19-CR-6063. Defense counsel also filed a motion to suppress evidence in 19-CR183. (ECF 33). On Monday, December 13, 2020, counsel for Defendant, MONICA PESINA, filed a Notice of Joinder in Motions to Suppress (ECF No. 73).

Given the interrelationship between the Defendants and the motions, the United States intends to file a joint response addressing each argument. Here, given the overall number of motions, the United States respectfully requests additional time to respond until Friday, January 24, 2020. Moreover, assigned AUSA will be attending training outside of the district, and needs additional time to respond with clarity in this cause, to include the inclusion of relevant exhibits.

Counsel for the Defendants have been contacted and have no objection to this requested extension.

Dated: January 15, 2020.

William D. Hyslop
United States Attorney

Stephanie A. Van Marter
Assistant United States Attorney

Motion For Extension Of Time To File Response to Defendant's Motion and Memorandum Re: Suppression of Evidence, Motion and Memorandum to Suppress Statements and Evidence – 2

**CERTIFICATE OF SERVICE**

I hereby certify that on January 15, 2020, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Adam R. Pechtel
Pechtel Law PLLC
21 N Cascade St
Kennewick, WA 99336

Nicholas Marchi
Carney & Marchi, PS
7502 W Deschutes Place
Kennewick, WA 99336

*/s/ Stephanie Van Marter*
Stephanie A. Van Marter
Assistant United States Attorney

Motion For Extension Of Time To File Response to Defendant's Motion and Memorandum Re: Suppression of Evidence, Motion and Memorandum to Suppress Statements and Evidence – 3