1  William D. Hyslop
   United States Attorney
2  Eastern District of Washington
3  Stephanie Van Marter
   Assistant United States Attorney
4  Post Office Box 1494
   Spokane, WA 99210-1494
5  Telephone: (509) 353-2767

6

7              UNITED STATES DISTRICT COURT
          FOR THE EASTERN DISTRICT OF WASHINGTON
8

9  UNITED STATES OF AMERICA,        )
                                    )
10             Plaintiff,           )    4:19-CR-06063-SMJ
                                    )    2:19-CR-00183-SMJ
11     vs.                          )
                                    )    Motion To Expedite Hearing
12                                  )
   MONICA PESINA,                   )
13 NICHOLAS SEAN CARTER             )    Date: 1/17/2020 @ 6:30 p.m.
                                    )    Without Oral Argument
14                                  )
               Defendants.          )
15

16        Plaintiff, United States of America, by and through William D. Hyslop, United

17 States Attorney for the Eastern District of Washington, and Stephanie Van Marter,

18 Assistant United States Attorneys for the Eastern District of Washington, submits the

19 following Motion To Expedite Hearing without oral argument on the United States'

20 Motion For Extension Of Time To File Response to Defendant's Motion and

21 Memorandum Re: Suppression of Evidence, Motion and Memorandum to Suppress

22 Statements and Evidence (ECF No. 70 and 71).

23        DATED January 15, 2020.

24                              William D. Hyslop
                                United States Attorney
25

26                              *s/ Stephanie Van Marter*
                                Stephanie Van Marter
27                              Assistant United States Attorney

28

Motion to Expedite Hearing - 1

CERTIFICATION

I hereby certify that on January 15, 2020, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF System which will send notification of such filing to the following, and/or I hereby certify that I have mailed by United States Postal Service the document to the following non-CM/ECF participant(s):

Adam R. Pechtel
Pechtel Law PLLC
21 N Cascade St
Kennewick, WA 99336

Nicholas Marchi
Carney & Marchi, PS
7502 W Deschutes Place
Kennewick, WA 99336

_s/Stephanie Van Marter_____
Stephanie Van Marter
Assistant United States Attorney

Motion to Expedite Hearing - 2