NICHOLAS MARCHI
Carney & Marchi, P.S.
7502 West Deschutes Place
Kennewick WA 99336
(509) 545-1055
Attorneys for Defendant

UNITED STATES DISTRICT COURT
IN AND FOR THE EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>      Plaintiff,<br><br>  vs.<br><br>NICHOLAS SEAN CARTER,<br><br>      Defendant | No. 4:19-CR-6063-SMJ-2<br><br>UNOPPOSED MOTION TO CONTINUE TRIAL DATE AND PRE-TRIAL CONFERENCE AND RESET DEADLINES<br><br>Note:  January 31, 2020<br>Without Argument<br>Judge Mendoza at Richland |

COMES now the Defendant, by and through his attorneys and requests this Court grant the defendant's Motion to Continue Pre-Trial Date and Trial Date and re-set deadlines.  This matter currently is scheduled for trial on March 16, 2020.  The defendant would request a trial date set at least 90 days, to June 16, 2020, to allow his counsel to review recently received discovery and interview witnesses and prepare for trial as well as receive information on the defendant's new matter that was recently filed on January 22, 2020, Cause No. 20-CR-5-SMJ.

Mr. Carter is aware of this request and will submit a signed Speedy Trial Waiver with this motion.  The government does not oppose this request.  Co-defendant's counsel has no objection to this request.

ARGUMENT

The Supreme Court has stated that "broad discretion must be granted trial courts on matters of continuances." *Morris v. Slappy*, 461 U.S. 1, 11 (1983).   When the defendant's sixth

amendment right to counsel is implicated a court must balance several factors to determine if the denial [of a continuance] was "fair and reasonable." Among the factors are: whether the continuance would inconvenience witnesses, the court, counsel, or the parties; whether other continuances have been granted; whether legitimate reasons exist for the delay; whether the delay is the defendant's fault; and whether a denial would prejudice the defendant. *United States v. Studley*, 783 F.2d 934, 938 (9th Cir. 1986) (quoting *United States v. Leavitt*, 608 F.2d 1290, 1293 (9th Cir. 1979) (per curiam))

On January 22, 2020, Mr. Carter was charged with a new Indictment alleging drug distribution and weapons possession, 20-CR-5-SMJ-2. This new case will affect this matter as well as the other pending matters. Additional time is also necessary to complete counsel's investigation in this matter and the new matter and further review the discovery with Mr. Carter. A denial of this request to continue would severely prejudice the defendant. Clearly a continuance is warranted, and the granting of the request would be proper.

## CONCLUSION

For the reasons stated herein, it is respectfully request that the defendant's Motion to Continue the Trial Date and Pre-Trial be continued. It is further requested that the Pre-Trial Motions Deadline be re-set.

Dated this 29th day of January 2020.

> *s/ Nicholas Marchi*
> NICHOLAS MARCHI
> Carney & Marchi, P.S.
> Attorneys for Defendant

**CERTIFICATE OF SERVICE**

I certify that a copy of the Motion to Continue PTC and Trial Date was e-mailed via ECF /mailed first class, postage prepaid on 01/29/2020, to S. Van Marter, Assistant United States Attorney, 402 E. Yakima, Ave., Suite 210, Yakima, WA 98901 or P.O. Box 1494 Spokane, WA 99210 and to A. Pechtel, attorney for Co-defendant, Mr. Pacheco-Robles.

s/*Nicholas Marchi*
CARNEY & MARCHI, P.S.
Attorneys for Defendant