UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | NO: 4:CR-19-6063-SMJ-2 |
| v. | ) | DEFENDANT'S STATEMENT OF REASONS IN SUPPORT OF THE MOTION TO CONTINUE TRIAL |
| Nicholas Sean Carter | ) | |
| Defendant. | ) | |

My attorney has advised me of my right under the Speedy Trial Act, 18 U.S.C. § 3161, to go to trial within a seventy-day period. My attorney has also advised me that a continuance of the trial is needed, and we discussed the reasons for a continuance.

A motion to continue the trial has been filed.

My attorney has advised me, and I understand that, if the Court grants the motion to continue that all time between the date the motion to continue was filed and the new date for trial will be excluded from the speedy-trial period under the Speedy Trial Act.

After reviewing the motion and discussing the reasons for the requested continuance with my attorney, I knowingly and voluntarily ask this Court to grant that motion to continue and reset the trial date from its current date of __3/16/2020__ to a date not later than __6/26/2020__ for the following reasons as found in 18 U.S.C. § 3161: _____

I was recently charged in 20-CR-5-SMJ on January 22, 2020. My Attorney needs a review that case al be determine

Defendant's Statement of Reasons in Support of Motion to Continue Trial - 1      Rev. 3/8/2016

How it will affect my current cases

I declare under penalty of perjury that the foregoing is true and correct.

Defendant
Date: 1/24/20

I have read this form and discussed the contents with my client.

Counsel for Defendant
Date: 1/25/2020

I have translated this form into a language in which the Defendant is conversant. If questions have arisen, I have notified the Defendant's counsel of the questions and have not offered not given advice nor personal opinions.

Interpreter (printed name)

Interpreter (signature)

Date:

Defendant's Statement of Reasons in Support of Motion to Continue Trial - 2

Rev. 3/8/2016