# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>MONICA PESINA,<br>NICHOLAS SEAN CARTER,<br><br>Defendant. | NO. 4:19-CR-06063-SMJ<br>     4:19-CR-06063-SMJ<br><br>**ORDER GRANTING DEFENDANT'S MOTION TO CONTINUE**<br><br>**AMENDED CASE MANAGEMENT ORDER** |

This matter having come before the Court on Defendant's Motion to Continue Trial date and Pre-Trial Conference, ECF No. _____. Defense counsel, Nicholas Marchi requests a continuance of the pretrial motions filing deadline, the pretrial conference, and the trial, to allow more time to examine discovery, prepare any related motions, and prepare for trial. Defendant supports counsel's request for a trial continuance for the articulated reasons. ECF No. _____. Assistant U.S. Stephanie Van Marter appearing on behalf of the U.S. Attorney's Office (USAO), does not oppose the request.  Adam Pechtel, counsel for Ms. Pessina and Ms. Pessina do not object to the request.

To ensure defense counsel is afforded adequate time to review discovery, prepare any pretrial motions, conduct investigation, and prepare for trial, the Court grants the motion, extends the pretrial motion deadline, and resets the currently scheduled pretrial conference and trial dates. The court finds that Defendant's continuance request is knowing, intelligent, and voluntary, and that

AMENDED CASE MANAGEMENT ORDER- 1

the ends of justice served by granting a continuance outweigh the best interest of the public and Defendant in a speedy trial. The delay resulting from Defendant's motion is therefore excluded under the Speedy Trial Act.

Counsel are advised that all second or successive continuance requests will be closely scrutinized for the necessity of more time to effectively prepare, taking into account the exercise of due diligence.

Having considered the parties' proposed case schedule and deadlines, the Court now enters the following Amended Case Management Order, which sets forth the deadlines, hearings, and requirements the parties will observe in this matter. To the extent this Order conflicts with any previously-entered Orders in this matter, this Order shall govern. All counsel are expected to carefully read and abide by this Order and such provisions of the current CMO which have not been superseded herby. The court will grant relief from the requirements in this Order only upon motion and good cause shown.

Accordingly, **IT IS HERBY ORDERED:**

1. Defendant's Motion to Continue Pretrial Conference and Trial Dates, **ECF No. _____, is GRANTED.**

2. The court finds, given defense counsel's need for time to review discovery, prepare any pretrial motions, conduct investigation, and prepare for trial, that failing to grant a continuance would result in a miscarriage of justice and would deny defense counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. See 18 U.S.C § 3162 (h)(7)(A).

3. **Original CMO.** <u>Counsel must review the provisions of the original November 12, 2019 CMO, ECF No. 41, and abide by those procedures which remain in full force and effect and are incorporated herein except for the new compliance deadlines in the following Summary of Amended Deadlines.</u>

AMENDED CASE MANAGEMENT ORDER- 2

4. **Pretrial Conference**

   A. The suppression hearing is set for May 4-5 at 9:00AM[1] in Richland and a pretrial conference is **RESET** to May 28, 2020, at 10:15 **AM** in Richland. At the PTC hearing, the Court will hear ALL pretrial motions that are noted for oral argument.

   B. All Pretrial Conference are scheduled to last no more than **thirty (30) minutes**, which each side allotted fifteen (15) minutes to present their own motions and resist motions by opposing counsel. If any party anticipates requiring longer than fifteen minutes, that party must notify the Courtroom Deputy at least seven (7) days prior to the hearing. **Any party who fails to provide this notice will be limited to fifteen (15) minutes.**

5. **Trial.** The court **SETS** this matter for jury trial on June 22, 2020, at **9:00 AM** in Richland. Counsel and Defendant shall be prepared to meet with the Court at least thirty (30) minutes prior to the commencement of the trial.

6. Pursuant to 18 U.S.C. § 3161 (h)(7)(B)(i) and (iv), the Court **DECLARES EXCLUDABLE from Speedy Trial Act calculations** the period from April 15, 2019**,** the date defense counsel moved to continue, through June 24, 2019**,** the new trial date, as the period of delay granted for adequate preparation by counsel.

7. **Summary of Deadlines**

| | |
|---|---|
| USAO Expert Notice<br>Defense Expert | **April 3, 2020**<br>**April 17, 2020** |
| All pretrial motions, including discovery motions, *Daubert* motions, and motions in *limine,* filed | **April 17, 2020** |
| **Suppression Hearing** | **May 4-5**<br>**9:00am Richland** |

---

[1] The United States has not heard back from all of it potential witnesses as to availability for the May 4 or 5th date. The United States will update the court and counsel should there be a conflict.

AMENDED CASE MANAGEMENT ORDER- 3

| | |
|---|---|
| CI's identities and willingness to be interviewed disclosed to Defendant (if applicable) | **May 29, 2020** |
| Grand jury transcripts produced to Defendant<br>　　Case Agent:<br>　　CIs:<br>　　Other Witnesses: | **May 29, 2020**<br>**May 29, 2020**<br>**May 29, 2020** |
| Exhibit lists filed and emailed to the Court | **June 15, 2020** |
| Witness lists filed and emailed to the Court | **June 15, 2020** |
| Trial briefs, jury instructions, verdict forms, and requested voir dire filed and emailed to the court | **June 15, 2020** |
| Exhibit binders delivered to all parties and to the Court | **June 15, 2020** |
| Delivery of JERS-compatible digital evidence files to the Courtroom Deputy | **June 15, 2020** |
| Trial notices filed with the Court | **June 17, 2020** |
| Technology readiness meeting (in-person) | **June 17, 2020** |
| **JURY TRIAL** | **June 22, 2020**<br>**9:00AM – Richland** |

**IT IS SO ORDERED.** The Clerk's Office is directed to enter this Order and provide copies to all counsel, the U.S. Probation Office, and the U.S. Marshals Service.

DATED this _____ day of December 2019.

_____
Salvador Mendoza Jr.
United States District Judge

AMENDED CASE MANAGEMENT ORDER- 4