FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Apr 21, 2020

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>MONICA PESINA, (01) and<br>NICHOLAS SEAN CARTER, (02)<br><br>Defendants. | No.  4:19-cr-06063-SMJ-01<br>      4:19-cr-06063-SMJ-02<br><br>**ORDER RESETTING DEFENDANT CARTER'S (02) MOTION AND MEMORANDUM RE: SUPPRESSION OF EVIDENCE, DEFENDANT CARTER'S (02) MOTION AND MEMORANDUM TO SUPPRESS STATEMENTS AND EVIDENCE, PRETRIAL CONFERENCE, TRIAL, AND RELATED CASE MANAGEMENT DEADLINES** |

Pursuant to Eastern District of Washington General Order No. 20-101-4, and in light of the evolving public health crisis caused by the outbreak of the Coronavirus Disease 2019 (COVID-19) and the recently-declared national emergency, the Court finds the interests of justice require Defendant Carter's (02) Motion and Memorandum Re: Suppression of Evidence and Defendant Carter's (02) Motion and Memorandum to Suppress Statements and Evidence hearing, currently set for May 4, 2020 and May 5, 2020, be **RESET** to June 3, 2020. The Court also finds the resulting delay requires the Pretrial Conference, currently set

ORDER RESETTING HEARING – 1

for May 28, 2020, be **RESET** to July 2, 2020, and the jury trial, currently set to commence on June 22, 2020, be **RESET** to July 27, 2020. Specifically, the Court finds failing to reschedule the motions hearing poses an undue risk of transmission of the virus, including to Defendant, counsel, Court staff, law enforcement personnel, and the public at large. Moreover, the impact of public health advisories has reduced the availability of Court staff to conduct the hearing as scheduled.

Accordingly, **IT IS HEREBY ORDERED**:

1. Defendant Carter's (02) Motion and Memorandum Re: Suppression of Evidence, **ECF No. 70**, and Defendant Carter's (02) Motion and Memorandum to Suppress Statements and Evidence, **ECF No. 71**, currently set for May 4, 2020 and May 5, 2020 is **STRICKEN** and **RESET** to **June 3, 2020** at **8:30 A.M.** in **Richland.**

2. The Pretrial Conference, currently set for May 28, 2020, is **STRICKEN** and **RESET** to **July 2, 2020** at **9:15 A.M.** in **Richland**.

3. The jury trial, currently set to commence on June 22, 2020, is **STRICKEN** and **RESET** to **July 27, 2020 at 9:00 A.M.** in **Richland**. The final pretrial conference will commence at **8:30 A.M.** on the first day of trial.

4. The Court finds, given the outbreak of the COVID-19 virus, that failing to reschedule the hearing would result in undue risk to

ORDER RESETTING HEARING – 2

Defendant, counsel, law enforcement, Court staff, and the public at large. The Court also finds the impact of public health advisories on the availability of Court staff requires the hearing be rescheduled. The Court, therefore, finds the ends of justice served by resetting the hearing in this matter outweigh the best interest of the public and Defendant in a speedy trial. *See* 18 U.S.C. § 3161(h)(7)(A).

5. Pursuant to 18 U.S.C. § 3161(h)(7)(A), the Court **DECLARES EXCLUDABLE from Speedy Trial Act calculations** the period from **May 4, 2020** the date of the original hearing, through **June 3, 2020**, the date of the rescheduled hearing, as the period of delay required by the interests of justice.

//
//
//
//
//
//
//
//
//
//

**6.** In light of the delay associated with this Order, the remaining case management dates and deadlines in this matter are amended as follows:

| | Current Date/Deadline | Revised Date/Deadline |
|---|---|---|
| USAO Expert Notice:<br>Defense Expert: | April 3, 2020<br>April 17, 2020 | May 4, 2020<br>May 18, 2020 |
| All pretrial motions, including discovery motions, *Daubert* motions, and motions *in limine*, filed | April 17, 2020 | May 28, 2020 |
| Defendant Carter's (02) Motion and Memorandum Re: Suppression of Evidence, **ECF No. 70** and Defendant Carter's (02) Motion and Memorandum to Suppress Statements and Evidence, **ECF No. 71** | May 4, 2020 and May 5, 2020 9:00 A.M. Richland | June 3, 2020 8:30 A.M. Richland |
| **PRETRIAL CONFERENCE**<br>*Deadline for motions to continue trial* | May 28, 2020 9:00 AM - RICHLAND | July 2, 2020 9:15 AM - RICHLAND |
| CIs' identities and willingness to be interviewed disclosed to Defendant (if applicable) | May 29, 2020 | July 13, 2020 |
| Grand jury transcripts produced to Defendant<br>    Case Agent:<br>    CIs:<br>    Other Witnesses: | <br>May 29, 2020<br>May 29, 2020<br>May 29, 2020 | <br>July 13, 2020<br>July 13, 2020<br>July 13, 2020 |
| Exhibit lists filed and emailed to the Court | June 15, 2020 | July 21, 2020 |
| Witness lists filed and emailed to the Court | June 15, 2020 | July 21, 2020 |
| Trial briefs, jury instructions, verdict forms, and requested voir dire filed and emailed to the Court | June 15, 2020 | July 15, 2020 |

ORDER RESETTING HEARING – 4

| Exhibit binders delivered to all parties and to the Court | June 15, 2020 | July 17, 2020 |
|---|---|---|
| Delivery of JERS-compatible digital evidence files to the Courtroom Deputy | June 15, 2020 | July 21, 2020 |
| Trial notices filed with the Court | June 17, 2020 | July 17, 2020 |
| Technology readiness meeting (in-person) | June 17, 2020 | July 21, 2020 |
| **JURY TRIAL** | **June 22, 2020 9:00 AM - RICHLAND** | **July 27, 2020 9:00 AM - RICHLAND** |

**IT IS SO ORDERED.** The Clerk's Office is directed to enter this Order and provide copies to all counsel, the U.S. Probation Office, and the U.S. Marshals Service.

**DATED** this 21st day of April 2020.

_____
SALVADOR MENDOZA, JR.
United States District Judge