# Exhibit A-8



**Minh Chau Nguyen, M.S.**
Department of Justice
Drug Enforcement Administration
Office of Forensic Sciences

Forensic Chemist
Western Laboratory
Pleasanton, California

## AREA OF EXPERTISE

**Forensic Discipline**

Conducts analysis of the controlled substances in drug evidence that was submitted by the law enforcement and serves as an expert witness in court.

**Expert Testimony**
- Testified more than 20 times as an expert witness in forensic chemistry (Federal, State, and County).

## PROFESSIONAL EXPERIENCE

**DRUG ENFORCEMENT ADMINISTRATION**
*Forensic Chemist at Western Laboratory, since October 2002*

- Analyze the controlled substances.
- Testify in court.
- Assist agents at the clandestine laboratory.
- Provide training to the law enforcement.

*Training*

- UFMS Training: Purchase Card Holder and Field Contracting Officer, (Seattle, WA), 2009
- Liquid Chromatography Mass Spectrometry (LC-MS), (San Francisco), CA, 2008
- Liquid Chromatography (LC), (Chicago, IL), 2008
- Management Institute Training, (Quantico, Virginia), 2006
- Basic Chemist School, (Quantico, Virginia), 2003

**Medtox Laboratory,**
*Laboratory Technician (New Brighton, Minnesota), 2001 - 2002*

- Conducted analysis of prescription drugs in body fluids.

**University of Minnesota Duluth - Department of Chemistry/Biochemistry**
*Teaching Assistant and Research Assistant , Duluth, Minnesota (1997-2000)*

- Instructed Instrumentation and Organic laboratories.
- Proctor and graded exams.
- Synthesized new organic compounds.

## PRESENTATIONS AND LECTURES

- o  Presenter, Drug Enforcement Administration: Forensic Chemist Career and Opportunities, UMD - Department of Chemistry/Biochemistry Seminar, (Duluth, Minnesota), 2011
- o  Lecturer, Methods application for GC-MS and GC-FID on controlled substances analysis - Ministry of Public Security, (Hanoi, Vietnam), 2011.
- o  Presenter, N-Acetylbenzocaine: Formation via Transacetylation of Benzocaine and Acetylsalicylic Acid in a Cocaine Exhibit - CAC Meeting, (Oakland, California), 2010.

## PUBLICATIONS

- "N-Acetylbenzocaine: Formation via Transacetylation of Benzocaine and Acetylsalicylic Acid in a Cocaine Exhibit", Microgram Journal, Volume 7, Number 1 (March 2010) 7.
- "u-Alkyne Dicolbalt Hexacarbonyl Complexes of Conjugated Enynes as Substrates in the Arylthio-mediated Stepwise AdE Reactions", Mendeleev Commun. 224, 2001 - Master thesis, 2000.