# Exhibit A-7



**Tari Malia Kelameanui Holm**
Department of Justice
Drug Enforcement Administration
Office of Forensic Sciences

Forensic Chemist
Western Laboratory
Pleasanton, CA

---

## AREA OF EXPERTISE

**Forensic Discipline**

    Controlled Substances Analysis

## PROFESSIONAL EXPERIENCE

**DRUG ENFORCEMENT ADMINISTRATION**
*FORENSIC CHEMIST, Western Laboratory, Pleasanton, CA, 2018-Current*

- Analyze suspected drug evidence for the presence or absence of controlled substances
- Provide expert testimony in courts of law based upon the results of evidence analyses
- Provide technical assistance when necessary

*Training*

- Clandestine Laboratory Basic Certification Training, Quantico, VA, September 2019
- NMR Training, Pleasanton, CA, July 2019
- Western Laboratory Training, Pleasanton, CA, March 2019 - June 2019
- First Aid/CPR/AED Training, Quantico, VA, February 2019
- Basic Forensic Chemistry Course #15, Quantico, VA, October 2018 - February 2019

**DEPARTMENT OF THE NAVY**
*LIBRARY TECHNICIAN, Puget Sound Naval Shipyard & Intermediate Maintenance Facility, Bremerton, WA, 2017-2018*

- Led one Records Management project, assisted with seven other Records Management projects, and ensured the accuracy of 460,000 records in the Technical Information Management System for the Technical Data Center.
- Provided on-the-job training to employees on various computer programs and operating systems to enhance their abilities for maintaining and documenting their completed work.

**EASTERN WASHINGTON UNIVERSITY**
*RESEARCHER FOR UNDERGRADUATE THESIS, Department of Chemistry, Biochemistry, and Physics, Cheney, WA, 2015-2016*

- Created a laboratory experiment to provide forensic undergraduate students better exposure to drug analysis techniques.
- Researched forensic journals covering various drug analysis techniques as well as various drugs to simulate controlled substances and fillers.
- Developed goals around the Scientific Working Group for the Analysis of Seized Drugs (SWGDRUG) analytical standards and digitally documented all work to design a two-day laboratory experiment.

- Performed chemical analyses on drug samples by utilizing the following analytical techniques: Fourier transform infrared spectroscopy (FTIR) using Attenuated Total Reflectance (ATR), gas chromatography mass spectrometry (GC-MSD), and microscopy using a microcrystalline test.
- Monitored laboratory instruments such as microscopes, FTIR Spectrometer, and GC-MSD.
- Presented undergraduate thesis at the 2016 Eastern Washington University Research and Creative Works Symposium.

**WASHINGTON STATE PATROL**

*FORENSIC SCIENCE INTERN AND PART-TIME VOLUNTEER, Crime Laboratory Division, Cheney, WA 2015-2016*

- Updated the reference materials database--diluted concentrations of ignitable liquids and passive adsorption elution of ignitable liquids.
- Maintained computerized record of all laboratory chemical supplies to include their location, container size, and date container was opened.
- Assisted with digitizing reference material for microanalysis section.
- Completed two research projects in fire debris analysis by preparing samples, setting controls, and running samples on GC-MSD.

**UNITED STATES MARINE CORPS**

*TACTICAL DATA NETWORK SPECIALIST, 2006-2012*

- Supervised the operations of help desk and maintenance sections to ensure all customer requests/inquiries were resolved and increased section effectiveness.
- Organized the process of proper installation and configuration of classified workstation hardware and software to improve quality of operations by creating and maintaining standard operating procedure (SOP) manuals to remain compliant with departmental and local standards as well as with Information Assurance.
- Analyzed patterns of network issues and data anomalies and assisted with troubleshooting, analyzing, and the resulting solution process to improve the efficiency of computers maintained the network.

## EDUCATION AND CERTIFICATIONS

Eastern Washington University (Cheney, WA)

- B.S. in Chemistry/Biochemistry with Forensic Chemistry option, Minor in Computer Information Systems (June 2016)
- Honors: Magna Cum Laude
- Undergraduate Thesis Title: Developing a Real-World Drug Analysis Experiment for Forensic Science Students

## DISTINCTIONS

- 2016 Outstanding Forensic Graduate, Eastern Washington University, Cheney, WA (June 2016)
- Chemistry Achievement Award, Eastern Washington University, Cheney, WA (June 2013)