1

2   NICHOLAS MARCHI
    Carney & Marchi, P.S.
3   7502 West Deschutes Place
    Kennewick WA 99336
4   (509) 545-1055
    Attorneys for Defendant
5   NICHOLAS CARTER

6

7

8                          UNITED STATES DISTRICT COURT
               IN AND FOR THE EASTERN DISTRICT OF WASHINGTON
9

10  UNITED STATES OF AMERICA,          Case No. 2:19-cr-0183-SMJ-1
                                                 2:20-cr-00005-SMJ-2
11          Plaintiff,                           4:19-cr-06063-SMJ-2

12      vs.                            DEFENDANT CARTER'S NOTICE
                                       OF OBJECTION TO ORDER
13  NICHOLAS SEAN CARTER,

14          Defendant

15

16      COMES now the Defendant, by and through his attorneys, and pursuant to the Court

17  Order dated May, 27, 2020, the Defendant has communicated to counsel that he objects to a

18  video hearing regarding the Suppression Hearings scheduled for June 3, 2020.   The Defendant

19  would request that the hearings be rescheduled to a date when in-person testimony can be

20  scheduled in the future.  Counsel has contacted the government's counsel and she agrees with a

21  rescheduling of the hearing to allow for in person testimony.  Co-Defendant's counsel has been

22  contacted had has indicated that he may object to the Order.

23

24      //

25      //

DEFENDANT CARTER'S NOTICE OF OBJECTION                                          1

1

DATED this 27th Day of May 2020.

2

3

Respectfully Submitted,

4

*s/ Nicholas Marchi*
Nicholas Marchi
Attorneys for Defendant

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

1

2                                    CERTIFICATE OF SERVICE

3          I certify that a copy of the Notice of Objection e was e-mailed via ECF on 5/27/2020, to
     S. Van Marter, Assistant United States Attorney, 402 E. Yakima, Suite 210, Yakima, WA 98901
4    and the A. Pechtel, attorney for Ms. Pesina.

5

6          s/Nicholas Marchi
           CARNEY & MARCHI, P.S.
7          Attorneys for Defendant

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25