Nicholas Marchi
CARNEY & MARCHI, P.S.
7502 W. Deschutes Pl.
Kennewick, WA 99336
(509) 545-1055
Attorneys for Defendant
Nicholas S. CARTER

## UNITED STATES DISTRICT COURT
## IN AND FOR THE EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>NICHOLAS S. CARTER,<br><br>　　　　Defendant | Case No. 2:19-CR-06063-SMJ<br>　　　　　4:19-CR-00183-SMJ<br>　　　　　2:20-CR-00005-SMJ<br><br>DEFENDANT EXHIBIT LIST |

Defendant Nicholas Carter, by and through his attorneys, Carney & Marchi, hereby, submits this exhibit list for Pre-trial. The defendant may submit other exhibits at the time of Pre-trial:

1.　Docket for 9Z0542633-PAD Infraction for Monica Pesina;

2.　Summary for 9Z542633-PAD Infraction for Monica Pesina

Dated this 2nd day of June 2020.

　　　　　　　　　　　　　　　　Respectfully submitted,


　　　　　　　　　　　　　　　　*s/ Nicholas Marchi*
　　　　　　　　　　　　　　　　Nicholas W. Marchi
　　　　　　　　　　　　　　　　Attorney for Defendant

CARTER EXHIBIT LIST - 1

## CERTIFICATE OF SERVICE

I certify that a copy of the Defendant's Exhibit List was emailed via ECF or mailed first class; postage prepaid on 06/03/2020, to S. Van Marter, Assistant United States Attorney, 920 Riverside, Rm 300, Spokane, WA  99201; and to Adam Pechtel co defendant Pesina counsel of record.

*S/Nicholas Marchi*
CARNEY & MARCHI, P.S.
Attorneys for Defendant