

**Confidential - Not for Release**

**Docket Information for Case:**   9Z0542633 PAD IT     **Court:** PASCO MUNICIPAL (PA

**Note:** NOI SCANNED

| Date | Description |
|---|---|
| 06/05/2019 | Case Filed on 06/05/2019 |
| | DEF 1 PESINA, MONICA ANGELIC Added as Participant |
| | OFF 1 PARRAMORE, W Added as Participant |
| | JTR/LGA/TBI fee included in the bail amount |
| | Case linked to electronic ticket 9Z0542633 |
| | Received eTicket 9Z0542633 @ 01:53 AM by designated computer |
| | Citation not served on defendant. |
| | Citation and notice to be mailed by the court. |
| | NOI MAILED TO BOTH PER & DOL ADDRESSES ON FILE |
| 06/25/2019 | PTR INF Set for 07/15/2019 01:30 PM in Room A with Judge CXS |
| | DEF MAILED IN REQUEST FOR HRG, MAILED DEF HRG NOTICE |
| 07/15/2019 | PTR INF: Held |
| | Proceedings Recorded on Tape No. 2:36:30 |
| | CP HANSON PRESENT |
| | CASE DISMISSED |
| | Charge 1 Dismissed : City's Mtn-Other |
| | Case Heard Before Judge STILWILL, CRAIG |
| | Case Disposition of CL Entered |