

**Confidential - Not for Release**

| **Summary for Case:** | 9Z0542633 PAD IT | **Court:** PASCO MUNICIPAL (PA |

| | | |
|---|---|---|
| **Defendant 1:** | PESINA, MONICA ANGELIC | Law Enforcement Agency: PASCO POLICE DEPA |
| | | Case Type: Infraction Traffic |
| | | Jurisdiction: CITY OF PASCO |
| | | Order Type: None |
| | | Warrant Status: None |
| | | FTA Status: None |
| | | Case Disposition: Closed |

| **Violation Date:** | 06/04/2019 at 07:41 PM | **City:** | Pasco |
| **Location:** | . Block of ROAD 60 RefWay: W COURT ST MilePost: 0.0 | **County:** | FRANKLIN |

### Original eTicket Violations:

| **Violation 1:** SIGNALS REQUIRED - DISTANCE | 46.61.305.2 | **Original Bail:** | $136.00 |
| | | **Total Original Bail:** | $136.00 |

### JIS Case Violations:

**Violation 1:** SIGNALS REQUIRED - DISTANCE    46.61.305.2
Finding of Dismissed on 07/15/2019 by STILWILL, CRAIG. Finding reason: City's Mtn-Other.

**Officer's Report:**
On June 4, 2019, at approximately 1941 hours, I was traveling north on Road 60 in Pasco, Franklin County, Washington when I obser
the intersection of Road 60 and W Court St. I pulled to a stop behind the second vehicle. The vehicle I was behind was CA-8CKP783,
have a turn signal activated. The vehicle pulled up to the stop sign when the vehicle ahead of it merged onto W Court St. CA-8CKP78
onto W Court St; however, the vehicle failed to signal continuously during the last 100 feet traveled by the vehicle before turning.
I pulled in behind the vehicle as the vehicle turned west on W Court St and I initiated a traffic stop. I approached the vehicle and made
Monica Pesina DOB: 02/06/1979. I advised Monica the reason for the stop. Monica provided me with a Washington State Driver's Li
paperwork for the vehicle. Monica was cited for failure to signal during the last 100 feet traveled before turning.

| **Traffic:** | **Weather:** | **Street:** |

**Attachments:**
9Z0542633ViolatorCopy