| | |
|---|---|
| **WITNESS LIST** | |
| **UNITED STATES DISTRICT COURT<br>EASTERN DISTRICT OF WASHINGTON** | |
| *UNITED STATES OF AMERICA,*<br>Plaintiff,<br><br>-vs-<br><br>*MONICA PESINA and NICHOLAS SEAN CARTER,*<br>Defendants. | **LOCATION:** Richland<br><br>**Case No.:** 4:19-CR-6063-SMJ-1,2<br>2:19-CR-0183-SMJ-1<br>2:20-CR-0005-SMJ-1,2 |
| **MOTION HEARING DATE: June 3, 2020** | |
| **HON. SALVADOR MENDOZA, JR.** | Kimberly Allen | Cora Vargas |
| **Presiding Judge** | **Court Reporter** | **Courtroom Deputy** |
| Stephanie Van Marter | Adam Pechtel for Defendant Pesina<br>Nicholas Marchi for Defendant Carter | |
| **Government Counsel** | **Defense Counsel** | |

| Date | Exhibits Discussed | Testifying For | Name of Witness |
|---|---|---|---|
| **Witnesses for Case: 2:19-CR-0183-SMJ** | | | |
| 6/3/2020 | 2a | Government | Officer Elijah Hayward, Spokane Police Department |
| 6/3/2020 | 2b | Government | Officer Corrigan Mohondro, Spokane Police Department |
| 6/3/2020 | 2c | Government | Officer Austin Toal, Spokane Police Department |
| **Witnesses for Case: 2:20-CR-0005-SMJ-2**<br>**(ECF No. 48)** | | | |
| | | Government | Detective Michael Bump, Walla Walla Police Department |
| | | Government | SA Brian Bach, Alcohol, Tobacco and Firearms |

**WITNESS LIST** - Page 2                              *United States -vs- Pesina and Carter*
                                                        Case Nos. 4:19-CR-6063-SMJ
                                                                  2:19-CR-0183-SMJ
                                                                  2:20-CR-0005-SMJ

| Date | Exhibits Discussed | Testifying For | Name of Witness |
|---|---|---|---|
| **Witnesses for Case: 2:20-CR-0005-SMJ-2** <br> **(ECF No. 73 filed in case 4:19-CR-6063-SMJ)** | | | |
| | | Government | Task Force Officer Joseph Brazeau, Richland Police Department |
| | | Government | Sgt. Brayden Moos, Kennewick Police Department |
| **Witnesses for Case: 4:19-CR-6063-SMJ** | | | |
| 6/3/2020 | 2b, 3b | Government | Capt. William (Bill) Parramore, Pasco Police Department |
| 6/3/2020 | 4, 2c, 3c | Government | Det. Andrew (Andy) Corral, K9 Pasco Police Department |
| 6/3/2020 | 3a | Government | Sgt. Nathan Carlisle, Pasco Police Department |