# EXHIBIT LIST

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| *UNITED STATES OF AMERICA,*<br>Plaintiff,<br>-vs-<br>*MONICA PESINA and NICHOLAS SEAN CARTER,*<br>Defendants. | **LOCATION:** Richland<br><br>**Case Nos.:** 4:19-CR-6063-SMJ-1,2<br>2:19-CR-0183-SMJ-1<br>2:20-CR-0005-SMJ-1,2 |

### MOTION HEARING DATE: June 3, 2020

| HON. SALVADOR MENDOZA, JR. | Kimberly Allen | Cora Vargas |
|---|---|---|
| **Presiding Judge** | **Court Reporter** | **Courtroom Deputy** |
| Stephanie Van Marter | Adam Pechtel for Defendant Pesina<br>Nicholas Marchi for Defendant Carter | |
| **Government Counsel** | **Defense Counsel** | |

| Pltf's Exh. | Deft's Exh. | Date Offered | Admitted | Used w/ Witness | Description of Exhibits |
|---|---|---|---|---|---|
|  | | | | | |

### Exhibits for Case: 2:19-CR-0183-SMJ

| Pltf's Exh. | Deft's Exh. | Date Offered | Admitted | Used w/ Witness | Description of Exhibits |
|---|---|---|---|---|---|
| 1 | | | | | Reports of Investigation from Arrest (Discovery Pages 1000007-126) |
| 2 a | | 6/3/2020 | 6/3/2020 w/o objection | Hayward | Body Camera Footage of Officer Hayward |
| 2b | | 6/3/2020 | 6/3/2020 w/o objection | Mohondro | Body Camera Footage of Officer Mohondro |
| 2c | | 6/3/2020 | 6/3/2020 w/o objection | Toal | Body Camera Footage of Officer Toal |
| 2d | | | | | Body Camera Footage of Officer XX |
| 2e | | | | | Body Camera Footage of Officer XX |
| | 2001 | | | | Docket for 9Z0542633-PAD Infraction for Monica Pesina |
| | 2002 | | | | Summary for 9Z542633-PAD Infraction for Monica Pesina |

**EXHIBIT LIST** - Page 2

*United States -vs- Pesina and Carter*
Case Nos. 4:19-CR-6063-SMJ
2:19-CR-0183-SMJ
2:20-CR-0005-SMJ

| Pltf's Exh. | Deft's Exh. | Date Offered | Admitted | Used w/ Witness | Description of Exhibits |
|---|---|---|---|---|---|
| **Exhibits for Case: 2:20-CR-0005-SMJ-2 (ECF No. 48)** ||||||
| 1 | | 6/3/2020 | 6/3/2020 w/o objection | | Reports of Investigation and Affidavit in support of Search Warrant (Discovery Pages 10000127-146) |
| | 2001 | | | | Docket for 9Z0542633-PAD Infraction for Monica Pesina |
| | 2002 | | | | Summary for 9Z542633-PAD Infraction for Monica Pesina |
| **Exhibits for Case: 2:20-CR-0005-SMJ-2 (ECF No. 73 filed in case 4:19-CR-6063-SMJ)** ||||||
| 1 | | | | | Reports of Interview of Monica Pesina (Discovery Pages 10000150-151) |
| 2 | | | | | Miranda Warnings Signed by Monica Pesina (Discovery Pages 100001790) |
| | 2001 | | | | Docket for 9Z0542633-PAD Infraction for Monica Pesina |
| | 2002 | | | | Summary for 9Z542633-PAD Infraction for Monica Pesina |
| **Exhibits for Case: 4:19-CR-6063-SMJ** ||||||
| 1 | | | | | Reports of Investigation from Traffic Stop (Discovery Pages 10000002-28) |
| 2 a | | | | | Car Camera Footage of Sgt. Carlisle |
| 2b | | 6/30/2020 | 6/3/2020 w/objection | Parramore | Car Camera Footage of Capt. Parramore |
| 2c | | 6/30/2020 | 6/3/2020 w/objection | Corral | Car Camera Footage of Det. Corral |
| 3a | | 6/30/2020 | 6/3/2020 w/objection | Carlisle | Body Camera Footage: Field Events - Sgt. Carlisle |
| 3b | | 6/30/2020 | 6/3/2020 w/objection | Parramore | Body Camera Footage: Traffic - Capt. Parramore |
| 3c | | 6/30/2020 | 6/3/2020 w/objection | Corral | Body Camera Footage: AXON – Det. Corral |

**EXHIBIT LIST** - Page 3                              *United States -vs- Pesina and Carter*
                                                       Case Nos. 4:19-CR-6063-SMJ
                                                                 2:19-CR-0183-SMJ
                                                                 2:20-CR-0005-SMJ

| Pltf's Exh. | Deft's Exh. | Date Offered | Admitted | Used w/ Witness | Description of Exhibits |
|---|---|---|---|---|---|
| 4 | | 6/30/2020 | 6/3/2020 w/objection | Corral | Affidavit in Support of Search Warrant (Discovery Pages 00000231-259) |
| | 2001 | 6/30/2020 | 6/3/2020 w/objection | | Docket for 9Z0542633-PAD Infraction for Monica Pesina |
| | 2002 | 6/30/2020 | 6/3/2020 w/objection | | Summary for 9Z542633-PAD Infraction for Monica Pesina |

Exhibits retained by counsel on this _3_ day of June 2020.

_____        _____
Nicholas Marchi, Attorney for Defendant Carter        Stephanie Van Marter, Government Counsel