FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jun 23, 2020

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>MONICA PESINA (01) and<br>NICHOLAS SEAN CARTER (02),<br><br>Defendants. | No.  4:19-CR-06063-SMJ-01<br>       4:19-CR-06063-SMJ-02<br><br>**ORDER GRANTING DEFENDANT CARTER'S MOTION TO CONTINUE TRIAL DATE AND PRE-TRIAL CONFERENCE AND RESET DEADLINES**<br><br>**AMENDED[1] CASE MANAGEMENT ORDER** |

Before the Court, without oral argument, is Defendant Nicholas Sean Carter's (02) Motion to Continue Trial Date and Pre-Trial Conference and Reset Deadlines, ECF No. 108. Defense counsel Nicholas Marchi requests a continuance of the pretrial motions filing deadline, the pretrial conference, and the trial, to allow more time to examine discovery, prepare any related motions, and prepare for trial. Defense counsel needs additional time to interview witnesses and prepare for trial and to address issues raised by the COVID-19 pandemic facing the community.

---

[1] This Order amends and supersedes in part the Court's November 12, 2019 Case Management Order, ECF No. 41.

AMENDED CASE MANAGEMENT ORDER - 1

Defendant supports counsel's request for a trial continuance for the articulated reasons. ECF No. 110. Stephanie Van Marter, appearing on behalf of the Government, does not oppose the request. ECF No. 108 at 1. Co-Defendant Monica Pesina (01) is opposed to the request. ECF No. 108 at 1.

The Indictment was filed on November 6, 2019. ECF No. 6. Defense counsel Adam Pechtel appeared for Defendant Pesina (01) on November 8, 2019. ECF No. 32. Defense counsel Colin Prince appeared for Defendant Carter (02) on November 8, 2019. ECF No. 33. A Notice of Appearance was filed by Nicholas Marchi for Defendant Carter (02) on November 24, 2019. ECF No. 49. This is Defendant Carter's (02) third request for a continuance.

To ensure defense counsel is afforded adequate time to review discovery, prepare any pretrial motions, conduct investigation, and prepare for trial, the Court grants the motion, extends the pretrial motion deadline, and resets the currently scheduled pretrial conference and trial dates. The Court finds that Defendant Carter's (02) continuance request is knowing, intelligent, and voluntary, and that the ends of justice served by granting a continuance outweigh the best interest of the public and Defendant in a speedy trial. The delay resulting from Defendant Carter's (02) motion is therefore excluded under the Speedy Trial Act.

Counsel are advised that all successive continuance requests will be closely scrutinized for the necessity of more time to effectively prepare, taking into account

AMENDED CASE MANAGEMENT ORDER - 2

the exercise of due diligence.

Having considered the parties' proposed case schedule and deadlines, the Court now enters the following Amended Case Management Order, which sets forth the deadlines, hearings, and requirements the parties will observe in this matter. To the extent this Order conflicts with any previously entered Orders in this matter, this Order shall govern. All counsel are expected to carefully read and abide by this Order and such provisions of the current CMO which have not been superseded hereby. The Court will grant relief from the requirements in this Order only upon motion and good cause shown.

Accordingly, **IT IS HEREBY ORDERED**:

1. Defendant Carter's (02) Motion to Continue Trial Date and Pre-Trial Conference and Reset Deadlines, **ECF No. 108**, is **GRANTED**.

2. The Court finds, given defense counsel's need for time to review discovery, prepare any pretrial motions, conduct investigation, and prepare for trial, that failing to grant a continuance would result in a miscarriage of justice and would deny defense counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. *See* 18 U.S.C. § 3161(h)(7)(B)(i), (iv). The Court, therefore, finds the ends of justice served by granting a continuance in this matter outweigh the best interest of the public and

Defendant and Co-Defendant in a speedy trial. *See* 18 U.S.C. § 3161(h)(7)(A).

3. **Original CMO.** <u>Counsel must review the provisions of the original November 12, 2019 CMO, ECF No. 41, and abide by those procedures which remain in full force and effect and are incorporated herein except for the new compliance deadlines in the following Summary of Amended Deadlines.</u>

4. **Pretrial Conference**

   *A.* The current pretrial conference date of July 2, 2020 is **STRICKEN** and **RESET** to **August 27, 2020** at **9:00 A.M.** in **RICHLAND**. At this hearing, the Court will hear **ALL** pretrial motions that are noted for oral argument.

   *B.* All Pretrial Conferences are scheduled to last no more than **thirty (30) minutes**, with each side allotted **fifteen (15) minutes** to present their own motions and resist motions by opposing counsel. If any party anticipates requiring longer than fifteen minutes, that party must notify the Courtroom Deputy at least seven (7) days prior to the hearing. **<u>Any party who fails to provide this notice will be limited to fifteen (15) minutes.</u>**

//

AMENDED CASE MANAGEMENT ORDER - 4

5. **Trial**. The current trial date of July 27, 2020 is **STRICKEN** and **RESET** to **September 28, 2020**, at **9:00 A.M.** in **RICHLAND**. The **final** pretrial conference will begin at **8:30 A.M.**

6. Pursuant to 18 U.S.C. § 3161(h)(7)(B)(i) and (iv), the Court **DECLARES EXCLUDABLE from Speedy Trial Act calculations** the period from **June 14, 2020**, the date defense counsel moved to continue, through **September 28, 2020,** the new trial date, as the period of delay granted for adequate preparation by counsel.

7. **Summary of Deadlines**

| | |
|---|---|
| All pretrial motions, including discovery motions, *Daubert* motions, and motions *in limine*, filed | **July 23, 2020** |
| **PRETRIAL CONFERENCE** *Deadline for motions to continue trial* | **August 27, 2020** **9:00 A.M. - RICHLAND** |
| CIs' identities and willingness to be interviewed disclosed to Defendants (if applicable) | **August 28, 2020** |
| Grand jury transcripts produced to Defendants    Case Agent:    CIs:    Other Witnesses: | **August 14, 2020** **August 28, 2020** **August 14, 2020** |
| Exhibit lists filed and emailed to the Court | **September 4, 2020** |
| Witness lists filed and emailed to the Court | **September 4, 2020** |
| Trial briefs, jury instructions, verdict forms, and requested voir dire filed and emailed to the Court | **September 4, 2020** |
| Exhibit binders delivered to all parties and to the Court | **September 18, 2020** |
| Delivery of JERS-compatible digital evidence files to the Courtroom Deputy | **September 18, 2020** |
| Trial notices filed with the Court | **September 18, 2020** |

AMENDED CASE MANAGEMENT ORDER - 5

| Technology readiness meeting (in-person) | **September 18, 2020** |
|---|---|
| **JURY TRIAL** | **September 28, 2020** <br> **9:00 A.M. - RICHLAND** |

**IT IS SO ORDERED.** The Clerk's Office is directed to enter this Order and provide copies to all counsel, the U.S. Probation Office, and the U.S. Marshals Service.

**DATED** this 23rd day of June 2020.

_____
SALVADOR MENDOZA, JR.
United States District Judge

AMENDED CASE MANAGEMENT ORDER - 6